UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America,**

v.                                                                          Case No. 2:22-cr-55(6)

**Autumn K. Jordan,**                                        Judge Michael H. Watson

## ORDER

There being no objections, and upon review of the Indictment, Plea Agreement, and Report and Recommendation of the Magistrate Judge ("R&R") the Court hereby adopts the R&R, ECF No. 295. The Court accepts Defendant's plea of guilty to the lesser included offense of Count 1 of the Indictment, and she is hereby adjudged guilty on that count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

IT IS SO ORDERED.

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**